Teresa Trucchi, Esq. (#135543)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA   92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658
email: tat@suppalaw.com
Attorney for Plaintiff ABUBAKAR ABDALLAH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABUBAKAR ABDALLAH,<br><br>　　　　Plaintiff;<br>　v.<br><br>UNITED STATES OF AMERICA and ALEXIA HENDERSON<br><br>　　　　Defendant. | Case No.:   '22CV1491 AJB  MSB<br><br>**COMPLAINT FOR DAMAGES**<br><br>**MOTOR VEHICLE ACCIDENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

Plaintiff, ABUBAKAR ABDALLAH, by counsel, for his Complaint against the Defendant, United States of America, states as follows:

**JURISDICTION AND VENUE**

1.   This is an action against the defendant United States of America under the Federal Torts Claims Act (28 U.S.C. Section 2671-2680) and 28 U.S.C. Section 1346(b), for negligence in connection with a motor vehicle accident on November 30, 2020 involving a bus driven by defendant ALEXIA HENDERSON whom plaintiff is informed and believes was owned by United States agency Department of Veterans Affairs and driven by ALEXIA HENDERSON while in the scope of employment for the United States Agency Department of Veterans Affairs

**COMPLAINT**

2. The claims herein are brought against the Defendant UNITED STATES OF AMERICA pursuant to the Federal Torts Claim Act (28 U.S.C. Section 2671 *et. seq.*) and 28 U.S.C. Section 1346(b)(1) for money damages as compensation for personal injuries caused by the Defendant ALEXIA HENDERSON's negligence.

3. Plaintiff ABUBAKAR ABDALLAH has fully complied with the provisions of 28 U.S.C. Section 2675 of the Federal Tort Claims Act by presenting *Standard Form 95* on or about November 30, 2021.

4. This suit has been timely filed, in that Plaintiff ABUBAKAR ABDALLAH timely served notice of his claim less than two years after the incident forming the basis of this suit.

5. Plaintiff ABUBAKAR ABDALLAH is now filing this Complaint within six (6) months of the mailing of a letter denying the claim. The letter denying the claim was mailed to counsel for ABUBAKAR ABDALLAH on July 29, 2022.

**PARTIES, JURISDICTION AND VENUE**

6. Plaintiff ABUBAKAR ABDALLAH is, and at all times relevant hereto was, a resident of San Diego County, California.

7. Defendant United States of America, is responsible for the following Federal entities and employees: Department of Veterans Affairs and ALEXIA HENDERSON

8. At all times relevant to this Complaint, the Defendant UNITED STATES OF AMERICA was responsible for the negligent acts of ALEXIA HENDERSON under respondeat superior.

9. Jurisdiction is proper under 28 U.S.C. Section 1346(b)(1).

10. Venue is proper under 28 U.S.C. Section 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Southern District of California.

**STATEMENT OF FACTS**

11. On or about November 30, 2020 ABUBAKAR ABDALLAH was parked after he had finished dropping off a passenger at the VA hospital in San Diego, CA. He was struck and rear ended by a bus operated by the Department of Veterans Affairs and driven by ALEXIA HENDERSON while

in the scope of employment for the United States Agency Department of Veterans Affairs.

12. The act of ALEXIA HENDERSON in driving the bus so as to collide with the rear of the vehicle that ABUBAKAR ABDALLAH was sitting in was negligent and the proximate cause of injuries to ABUBAKAR ABDALLAH.

13. As a proximate cause of the negligence of ALEXIA HENDERSON while in the scope of employment for the United States Agency Department of Veterans Affairs, ABUBAKAR ABDALLAH sustained injuries to his neck and back, headaches, bilateral knee pain and sleep disturbances. He also lost wages from his work.

**FIRST CAUSE OF ACTION**

NEGLIGENCE

14. Plaintiff realleges paragraphs 1 through 13 of this complaint as though set forth in full.

15. Defendant ALEXIA HENDERSON had a duty to drive the bus with due care and avoid colliding with the vehicle occupied by ABUBAKAR ABDALLAH.

16. Defendant ALEXIA HENDERSON breached this duty by so negligently driving the bus that she collided with the vehicle occupied by ABUBAKAR ABDALLAH.

17. Plaintiff performed each and every act that was required of him.

18. As a direct and proximate result of the breach of duty described above, plaintiff sustained injuries that included ongoing pain, suffering, need for medical and chiropractic treatment, loss of income and earning capacity, out of pocket expenses and medical bills other economic losses and physical damages according to proof and general damages according to proof at trial

19. As a direct and proximate result of the acts of the Defendant, as set forth above, Plaintiff was seriously injured as outlined above and as established by proof at the time of trial.

20. The acts and/or omissions set forth above would constitute a claim under the law of the State of California.

21. The Defendant United States of America is liable pursuant to 28 U.S.C. Section 1346(b)(1).

COMPLAINT

**DEMAND FOR JURY TRIAL**

Plaintiff ABUBAKAR ABDALLAH hereby demands a trial by jury in the above entitled matter.

**RELIEF REQUESTED**

For the reasons set forth above, plaintiff requests entry of judgment as follows:

**FIRST CAUSE OF ACTION**

1. General damages according to proof;
2. Special and compensatory damages according to proof;
3. Costs of suit; and,
4. For such other and further relief as the Court deems proper.

Dated:   10-2-22                    SUPPA, TRUCCHI AND HENEIN, LLP

                                    By: /s Teresa Trucchi

                                    TERESA TRUCCHI

                                    ATTORNEY FOR PLAINTIFF

                                    ABUBAKAR ABDALLAH